UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BRENTEN PHILLIP SHANER,

    Plaintiff,

v.                                    ORDER

MICHAEL J. ASTRUE,                 Civil No. 09-6021-AC
Commissioner of Social Security

    Defendant.

HAGGERTY, District Judge:

    Magistrate Judge Acosta refers to this court a Findings and Recommendation [26] in this matter. The Findings and Recommendation recommends remanding this matter for further proceedings. Defendant has filed no objections.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the

1 - ORDER

Magistrate Judge. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation in its entirety.

**CONCLUSION**

For the foregoing reasons, the court adopts the Findings and Recommendation [26]. The Administrative Law Judge's decision is not based upon the appropriate legal standards or substantial evidence. The Commissioner's decision is reversed and remanded for further consideration of the opinions of Drs. Walton and Maukonen, plaintiff's subjective complaints, and other matters as addressed in the Findings and Recommendation.

IT IS SO ORDERED.

DATED this  7  day of February, 2011.

      /s/ Ancer L. Haggerty
      Ancer L. Haggerty
      United States District Judge